No. 87–6479.　GRIGOROV *v.* NEW YORK.　App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.　Certiorari denied.

No. 87–6480.　LOWE *v.* GREEN, SUPERINTENDENT, RIVERS CORRECTIONAL INSTITUTION.　C. A. 11th Cir.　Certiorari denied.

No. 87–6484.　WALLACE *v.* UPSHUR.　C. A. 4th Cir.　Certiorari denied.

No. 87–6494.　TYLER *v.* PEART ET AL.　C. A. 8th Cir.　Certiorari denied.

No. 87–6498.　ELLIOTT *v.* CALIFORNIA.　Ct. App. Cal., 1st App. Dist.　Certiorari denied.

No. 87–6501.　LA RUE *v.* MCCARTHY ET AL.　C. A. 9th Cir.　Certiorari denied.

No. 87–6503.　ENNIS *v.* HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, ET AL.　C. A. 2d Cir.　Certiorari denied.

No. 87–6504.　ELLIOTT *v.* MYERS, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY, ET AL.　C. A. 9th Cir.　Certiorari denied.

No. 87–6505.　REED *v.* UNITED STATES.　C. A. 6th Cir.　Certiorari denied.

No. 87–6508.　YOUNG *v.* UNITED STATES.　C. A. 5th Cir.　Certiorari denied.

No. 87–6512.　MASTERS *v.* UNITED STATES.　C. A. 3d Cir.　Certiorari denied.

No. 87–6513.　MOODY *v.* BOYLES.　C. A. 5th Cir.　Certiorari denied.

No. 87–6515.　CONLEY *v.* ESTATE OF CONLEY.　C. A. 9th Cir.　Certiorari denied.

No. 87–6516.　PRITCHETT *v.* BOUTWELL, ACTING WARDEN, ET AL.　C. A. 11th Cir.　Certiorari denied.

No. 87–6517.　MONROE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.　C. A. 4th Cir.　Certiorari denied.